UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:16-MJ-1462-RN

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| LINDA P. PARKER | ) |
| | ) |

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about APRIL 19, 2015, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, LINDA P. PARKER, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that she had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

ALLEGATION OF THE EXISTENCE OF AT LEAST TWO
GROSSLY AGGRAVATING FACTORS

For purposes of Title 18, United States Code, Section 13 and North Carolina General Statute Sections 20-138.1, 20-179(c), and

20-179(f), there are at least two grossly aggravating factors in existence that apply in this case:

1) The defendant, LINDA P. PARKER, has the following prior conviction for driving while impaired (DWI) that occurred within the last seven years: September 14, 2010, Nash County Court, Nashville, North Carolina, 2009CR 052808. This impaired driving offense occurring within the relevant time frame is a grossly aggravating factor.

2) At the time of the DWI offense that is the subject of this criminal information, the defendant, LINDA P. PARKER, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol while a child under the age of 18 years was in the vehicle at the time of the offense.

## COUNT TWO

THAT, on or about APRIL 19, 2015, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, LINDA P. PARKER, did operate a motor vehicle upon a street, highway, or public vehicular area while her driver's license was suspended, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-28(a).

## COUNT THREE

THAT, on or about APRIL 19, 2015, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, LINDA P. PARKER, did operate a motor vehicle upon a street, highway, or public vehicular area and did fail to maintain the limits of her lane, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-146(d)(1).

JOHN STUART BRUCE
ACTING UNITED STATES ATTORNEY

BY: _____
NATALIE J. KARELIS
Special Assistant
United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222